IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY FREY, | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 11-1416 |
| | : |
| HERR FOODS INC. EMPLOYEE | : |
| WELFARE PLAN | : |
| | : |

**O R D E R**

**AND NOW**, this   12th   day of   December  , 2012, upon consideration of Plaintiff's Motion to Determine the Court's Standard of Review (ECF No. 7) and Defendant Herr Foods, Inc. Employee Welfare Plan's Response thereto, it is **ORDERED** that Plaintiff's Motion is **GRANTED**.  The applicable standard of review in this matter is *de novo*.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**